## ELI B. WARREN v. THE STATE.

BAIL BOND. The case of Lawton v. The State, (5 Tex. R. 270,) cited and affirmed.

Appeal from Smith. Tried below before Hon. John Gregg.

*J. F. Warren*, for appellant.

*Attorney General*, for the State.

ROBERTS, J. The bail bond was payable to the Governor of the State, and a judgment final by default was rendered upon it.

The bond should have been payable to the State of Texas. (Hart. Dig. Art. 2889.)

The same question arose in the same way in the case of Lawton v. The State, (5 Tex. R. 270,) and such a judgment rendered upon such a bond was decided to be erroneous.

Judgment reversed and cause dismissed.

Reversed and dismissed.